STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-1172 PETER KASKIEWICZ V CIGNA GROUP INSURANCE

Filing Date: 02-28-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 03-27-2008

Plaintiff: PETER KASKIEWICZ
ID: @10982023

Attorney: MARK MORSE

Defendant: CIGNA GROUP INSURANCE
ID: @10982025

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-28-2008 | COMPLAINT FILED | |
| 02-28-2008 | INITIAL FILING FEE | |
| 02-28-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP267235. |
| 03-27-2008 | NOTICE | OF FILING NOTICE OF REMOVAL |
| 03-27-2008 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA 08 113 |
| 03-27-2008 | CASE REMVD TO US DISTRICT CT | |
| 03-27-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island