UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER KASKIEWICZ, Plaintiff | ) | |
| v. | ) | C.A. No. 08-113/ML |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Fed. R. Civ. P. Rule 41(a), the captioned suit is hereby dismissed with prejudice, each party to bear its own costs and fees.

/s/ Mark B. Morse
Mark B. Morse, No. 3003
LAW OFFICE OF MARK B. MORSE
Attorneys for Plaintiff
111 Wayland Avenue
Providence, Rhode Island 02906
(401) 831-0555
(401) 273-0937 FAX
mark@morselawoffice.com

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Timothy M. Bliss, No. 6228
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 24, 2008

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I electronically filed the within Stipulation of Dismissal on July 24, 2008. The Stipulation of Dismissal is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten